# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2935
_____

United States of America

*Plaintiff - Appellee*

v.

Christian Archer

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: April 22, 2026
Filed: April 27, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Christian Archer appeals the district court's[1] denial of his motion for a sentence reduction pursuant to § 603(b) of the First Step Act and 18 U.S.C. § 3582(c)(1)(A). Upon careful review, we conclude that the district court did not err in finding that Archer failed to establish extraordinary and compelling reasons warranting a sentence reduction. See United States v. Rodd, 966 F.3d 740, 746 (8th Cir. 2020) (standard of review).

Accordingly, we grant counsel's motion to withdraw, deny Archer's pending motion, and affirm.

_____

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, now retired.